# SEALED

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. **1:23-mj-00128-EPG** |
|---|---|
| Plaintiff, | **UNDER SEAL** |
| v. | ORDER SEALING COMPLAINT |
| ELIAS SOLIZ, | |
| Defendants. | |

The United States having applied to this Court for a complaint and arrest warrant in the above-captioned proceedings and having applied for the complaint and warrant to remain under seal in order to prevent the destruction of evidence and flight of the target of the investigation,

IT IS ORDERED that the complaint and arrest warrant filed in the above-entitled matter shall be filed with this Court under seal and not be disclosed pending further order of this court.

Dated: **Oct 27, 2023**

_____
HONORABLE ERICA P. GROSJEAN
U.S. MAGISTRATE JUDGE